[No. 5622.]

THE PEOPLE EX REL. STIDGER, DISTRICT ATTORNEY, ET AL. v. ELDER.

**Opinion Followed.**

This cause is reversed and judgment rendered for relator for the reasons stated in the opinion in The People ex rel. v. Johnson, ante, p. 143.

*Appeal from the District Court of the City and County of Denver:*
*Hon. John I. Mullins, Judge.*

Mr. H. E. LUTHE and Mr. H. J. HERSEY, for appellants.

Mr. MILTON SMITH and Mr. CHARLES R. BROCK, for appellee.

Mr. JUSTICE MAXWELL delivered the opinion of the court.

This action relates to the office of county treasurer of the city and county of Denver.

The facts so far as they relate to the office of county treasurer are substantially the same as those set forth in *People ex rel. etc. v. Alexander*, No. 4976.

The judgment of the court below was one of dismissal against the appellant, from which is this appeal.

For the reasons stated in *People ex rel. etc. v. Johnson*, No. 4850, the judgment of the court below will be reversed, set aside and for naught held, and judgment rendered and entered in this court in favor of appellant, Charles W. Badgley, and against appellee, Charles S. Elder, as prayed in the amended complaint, and that appellant have judgment for costs.                          *Judgment accordingly.*

Decision *en banc.*

Mr. JUSTICE STEELE and Mr. JUSTICE GUNTER dissent.